Michael JONES, Plaintiff–Appellant

v.

UNKNOWN PARTY, Unidentified Deputy Sheriff of Cherokee County Sheriff's Department; James Campbell, Cherokee County Sheriff; Cherokee County, Texas; Chris White, Defendants–Appellees.

No. 10–40315.

United States Court of Appeals, Fifth Circuit.

March 4, 2011.

Timothy Borne Garrigan, Stuckey, Garrigan & Castetter Law Offices, Nacogdoches, TX, for Plaintiff–Appellant.

Robert Scott Davis, Esq., Chad Carlton Rook, Flowers Davis, P.L.L.C., Tyler, TX, for Defendants–Appellees.

Before BARKSDALE, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.